UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PHOENIX INSURANCE COMPANY,

Plaintiff,

-v-

STARR INDEMNITY LIABILITY COMPANY,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/2026

**ORDER**

25-CV-10763 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letter.  ECF No. 21.  The parties are directed to file a further joint status letter by **September 4, 2026**.

**SO ORDERED.**

Dated: June 30, 2026
          New York, New York

Henry J. Ricardo
United States Magistrate Judge

1