USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PHOENIX INSURANCE COMPANY,

Plaintiff,

-v-

STARR INDEMNITY LIABILITY COMPANY,

Defendant.

**ORDER**

25-CV-10763 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 29 (the "Letter Motion"), requesting to adjourn the September 24, 2026 pre-motion conference. The Letter Motion is **GRANTED.** The conference is adjourned to **October 15, 2026** at **3:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 277 077 292#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 29 as **GRANTED.**

**SO ORDERED.**

Dated: September 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge