USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PHOENIX INSURANCE COMPANY,

Plaintiff,

-v-

STARR INDEMNITY LIABILITY COMPANY,

Defendant.

**ORDER**

25-CV-10763 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on October 15, 2026 to address Plaintiff's pre-motion letter, ECF No. 25, and Defendant's pre-motion letter, ECF No. 26, both filed in anticipation of moving for partial summary judgment. The parties shall adhere to the below summary judgment briefing schedule:

- Plaintiff's opening brief is due by **November 16, 2026**;
- Defendant's opposition to Plaintiff's motion and cross-motion for summary judgment, which shall be a single brief not to exceed 8,750 words, is due by **December 16, 2026**;
- Plaintiff's reply in further support of its motion for summary judgment and opposition to Defendant's cross-motion, which shall be a single brief not to exceed 8,750 words, is due by **January 12, 2027**;
- Defendant's reply in further support of its motion for summary judgment, which shall not exceed 3,500 words, is due by **January 26, 2027**.

**SO ORDERED.**

Dated: October 15, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge